(Official Form 1) (12/03) West Group, Rochester, NY

| FORM B1 | United States Bankruptcy Court<br>_**NORTHERN**_  District of _ILLINOIS_ | **Voluntary Petition** |
|---|---|---|

| Name of Debtor   (if individual, enter Last, First, Middle):<br>_**Appleby, Brian, J.**_ | Name of Joint Debtor   (Spouse)(Last, First, Middle):<br>_**Appleby, Debra, J.**_ |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names):<br>_**NONE**_ | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names):<br>_**aka Debra J. Moore**_ |
| Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D. No.<br>(if more than one, state all)_0453_ | Last four digits of Soc. Sec. No./Compete EIN or other Tax I.D. No.<br>(if more than one, state all)_0801_ |
| Street Address of Debtor   (No. & Street, City, State & Zip Code):<br>_**707 E Sunset**_<br>_**Lombard IL  60148**_ | Street Address of Joint Debtor   (No. & Street, City, State & Zip Code):<br>_**707 E Sunset**_<br>_**Lombard IL  60148**_ |
| County of Residence or of the<br>Principal Place of Business:   _DuPage_ | County of Residence or of the<br>Principal Place of Business:   _DuPage_ |
| Mailing Address of Debtor   (if different from street address):<br>_**SAME**_ | Mailing Address of Joint Debtor   (if different from street address):<br>_**SAME**_ |

| Location of Principal Assets of Business Debtor<br>(If different from street address above):  _**NOT APPLICABLE**_ |
|---|

## Information Regarding the Debtor (Check the Applicable Boxes)

**Venue**   (Check any applicable box)

☐ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately
  preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor**   (Check all boxes that apply) | | **Chapter or Section of Bankruptcy Code Under Which<br>the Petition is Filed**   (Check one box) |
|---|---|---|
| ☒ Individual(s) | ☐ Railroad | ☐ Chapter 7      ☐ Chapter 11      ☒ Chapter 13 |
| ☐ Corporation | ☐ Stockbroker | ☐ Chapter 9      ☐ Chapter 12 |
| ☐ Partnership | ☐ Commodity Broker | ☐ Sec. 304 - Case ancillary to foreign proceeding |
| ☐ Other _____ | ☐ Clearing Bank | |

| **Nature of Debts**   (Check one box) | **Filing Fee**   (Check one box) |
|---|---|
| ☒ Consumer/Non-Business      ☐ Business | ☒ Full Filing Fee attached |
| **Chapter 11 Small Business**   (Check all boxes that apply) | ☐ Filing Fee to be paid in installments (Applicable to individuals only) |
| ☐ Debtor is a small business as defined in 11 U.S.C. § 101 | Must attach signed application for the court's consideration |
| ☐ Debtor is and elects to be considered a small business under | certifying that the debtor is unable to pay fee except in installments. |
| 11 U.S.C. § 1121(e) (Optional) | Rule 1006(b). See Official Form No. 3. |

| **Statistical/Administrative Information**   (Estimates only) | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors. | |
| ☒ Debtor estimates that, after any exempt property is excluded and administrative expenses<br>  paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|
| ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than<br>$100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Debts

| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than<br>$100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |

(Official Form 1) (12/03) West Group, Rochester, NY

| **Voluntary Petition** | Name of Debtor(s): | FORM B1, Page 2 |
|---|---|---|
| *(This page must be completed and filed in every case)* | *Brian J. Appleby and Debra J. Appleby* | |

## Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet)

| Location Where Filed: | Case Number: | Date Filed: |
|---|---|---|
| *NONE* | | |

## Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: | Case Number: | Date Filed: |
|---|---|---|
| *NONE* | | |
| District: | Relationship: | Judge: |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** */s/ Brian J. Appleby*
Signature of Debtor

**X** */s/ Debra J. Appleby*
Signature of Joint Debtor

Telephone Number (If not represented by attorney)

Date

### Signature of Attorney

**X** */s/ Daniel J. Winter (WIN 5)*
Signature of Attorney for Debtor(s)

*Daniel J. Winter (WIN 5) 6208223*
Printed Name of Attorney for Debtor(s)

*Law Offices of Daniel J. Winter*
Firm Name

*53 West Jackson Boulevard*
Address

*Suite 725*

*Chicago IL  60604*

*312-427-1613*
Telephone Number                        Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under Chapter 11)

☐ Exhibit A is attached and made a part of this petition

### Exhibit B

(To be completed if debtor is an individual whose debts are primarily consumer debts)
I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

**X** */s/ Daniel J. Winter (WIN 5)*
Signature of Attorney for Debtor(s)            Date

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health and safety?

☐ Yes, and exhibit C is attached and made a part of this petition.
☒ No

### Signature of Non-Attorney Petition Preparer

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number

_____
Address

_____

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

**X** _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.

FORM B6A (6/90) West Group, Rochester, NY

In re _Brian J. Appleby and Debra J. Appleby_____ / Debtor    Case No._____

(if known)

# SCHEDULE A-REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit.  If the debtor is married, state whether the husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."  If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C-Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband--H Wife--W Joint--J Community--C | Current Market Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| _Residence-707 E Sunset, Lombard, IL (prch. 2001-$176K)_ | _Joint tenancy_ | _J_ | _$ 225,000.00_ | _$ 209,400.00_ |
| | | | | |

No continuation sheets attached

**TOTAL $**

**(Report also on Summary of Schedules.)**    _225,000.00_

In re _**Brian J. Appleby and Debra J. Appleby**_ _____ / Debtor    Case No. _____

<span style="text-align:right">(if known)</span>

# SCHEDULE B-PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "X" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C-Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Market Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | X | | | |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | _House furnishings_ _Location: In debtor's possession_ | J | $ 1,000.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | _Clothing_ _Location: In debtor's possession_ | J | $ 200.00 |
| 7. Furs and jewelry. | | _Miscellaneous_ _Location: In debtor's possession_ | J | $ 100.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | _Life Insurance Policy-_ _Location: In debtor's possession_ | J | $ 0.00 |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | | _Pension-thru Union_ _Location: In debtor's possession_ | H | $ 7,000.00 |

In re _Brian J. Appleby and Debra J. Appleby_ _____ / Debtor    Case No. _____

(if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Market Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 12. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 13. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 14. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 15. Accounts Receivable. | X | | | |
| 16. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 17. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 18. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 19. Contingent and non-contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 21. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 23. Automobiles, trucks, trailers and other vehicles. | | 1998 Ford Explorer (100,000+ miles) Location: In debtor's possession | J | $ 3,600.00 |
| | | 2001 Chevrolet Cavalier (daughter drives + pays for) Location: In debtor's possession | J | $ 4,200.00 |
| 24. Boats, motors, and accessories. | X | | | |
| 25. Aircraft and accessories. | X | | | |
| 26. Office equipment, furnishings, and supplies. | X | | | |

In re **_Brian J. Appleby and Debra J. Appleby_** _____ / Debtor    Case No. _____
<span style="float:right">(if known)</span>

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H<br>Wife--W<br>Joint--J<br>Community--C | Current Market Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 27. Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 28. Inventory. | X | | | |
| 29. Animals. | X | | | |
| 30. Crops - growing or harvested. Give particulars. | X | | | |
| 31. Farming equipment and implements. | X | | | |
| 32. Farm supplies, chemicals, and feed. | X | | | |
| 33. Other personal property of any kind not already listed. Itemize. | X | | | |

Page __3__ of __3__

Total ➡    $ 16,100.00

(Report total also on Summary of Schedules.)
Include amounts from any continuation sheets attached.

In re **Brian J. Appleby and Debra J. Appleby**                    / Debtor        Case No. _____

(if known)

# SCHEDULE C-PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:

(Check one box)

☐ 11 U.S.C. § 522(b) (1):  Exemptions provided in 11 U.S.C. § 522(d). Note: These exemptions are available only in certain states.

☒ 11 U.S.C. § 522(b) (2):  Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law.

| Description of Property | Specify Law Providing each Exemption | Value of Claimed Exemption | Current Market Value of Property Without Deducting Exemptions |
|---|---|---|---|
| *Residence-707 E Sunset, Lombard, IL (prch. 2001-$176K)* | *735 ILCS 5/12-901* | *$ 15,000.00* | *$ 225,000.00* |
| *House furnishings* | *735 ILCS 5/12-1001(b)* | *$ 1,000.00* | *$ 1,000.00* |
| *Clothing* | *735 ILCS 5/12-1001(a)* | *$ 200.00* | *$ 200.00* |
| *Miscellaneous* | *735 ILCS 5/12-1001(b)* | *$ 100.00* | *$ 100.00* |
| *Life Insurance Policy* | *735 ILCS 5/12-1001(f)* | *$ 0.00* | *$ 0.00* |
| *Pension-thru Union* | *735 ILCS 5/12-1006* | *$ 7,000.00* | *$ 7,000.00* |
| *1998 Ford Explorer (100,000+ miles)* | *735 ILCS 5/12-1001(c)* | *$ 2,400.00* | *$ 3,600.00* |
| *2001 Chevy Cavalier(daughter drives + pays for)* | *735 ILCS 5/12-1001(c)* | *$ 0.00* | *$ 4,200.00* |

FORM B6D (12/03) West Group, Rochester, NY

In re _Brian J. Appleby and Debra J. Appleby_ _____ / Debtor    Case No._____

(if known)

# SCHEDULE D-CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column marked "Codebtor," include the entity on the appropriate schedule of creditors and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedules. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| Creditor's Name and Mailing Address Including Zip Code | Codebtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien  H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, if any |
|---|---|---|---|---|---|---|---|
| Account No:  _Creditor # : 1_ _Ameriquest Mortgage_ _c/o Pierce & Associates_ _1 N. Dearborn-ste.1300_ _Chicago IL  60602_ | _J_ | _Mortgage Arrears;Trustee toPay_ _707 E Sunset, Lombard, IL_  Value: _$ 225,000.00_ | | | | _$ 18,000.00_ | _$ 0.00_ |
| Account No:  _Creditor # : 2_ _Ameriquest Mortgage_ _c/o Pierce & Associates_ _1 N. Dearborn-ste.1300_ _Chicago IL  60602_ | _J_ | _First Mortgage_ _707 E Sunset, Lombard, IL_  Value: _$ 225,000.00_ | | | | _$ 186,000.00_ | _$ 0.00_ |
| Account No:  _Creditor # : 3_ _Dupage County Clerk_ _421 N County Farm RD_ _PO Box 1028_ _Wheaton IL  60189._ | _J_ | _Real Estate taxes_ _707 E Sunset, Lombard, IL_  Value: _$ 225,000.00_ | | | | _$ 5,400.00_ | _$ 0.00_ |
| Account No:  _Creditor # : 4_ _GMAC_ _c/o Cybak & Associates_ _33 N LaSalle St #1930_ _Chicago IL 60602_ | _X_ _J_ | _Auto Loan_ _2001 Chevy Cavalier (daughter drives & pays for)_  Value: _$ 4,200.00_ | | | | _$ 10,000.00_ | _$ 5,800.00_ |

<u>1</u>    continuation sheets attached

Subtotal $    219,400.00
(Total of this page)

Total $
(Use only on last page. Report total also on Summary of Schedules)

FORM B6D (12/03) West Group, Rochester, NY

In re _Brian J. Appleby and Debra J. Appleby_ _____ / Debtor    Case No._____

(if known)

# SCHEDULE D-CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address Including Zip Code | Code btor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien<br>H--Husband<br>W--Wife<br>J--Joint<br>C--Community | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, if any |
|---|---|---|---|---|---|---|---|
| Account No: _8640_<br>_Creditor # : 5_<br>_WFS Financial_<br>_PO Box 25341_<br>_Santa Ana CA 92799-5341_ | _J_ | _Auto Loan_<br>_1998 Ford Explorer_<br><br>Value: _$ 3,600.00_ | | | | _$ 8,700.00_ | _$ 5,100.00_ |
| Account No: | | Value: | | | | | |
| Account No: | | Value: | | | | | |
| Account No: | | Value: | | | | | |
| Account No: | | Value: | | | | | |
| Account No: | | Value: | | | | | |

Sheet No. 1   of   1   continuation sheets attached to Schedule of Creditors
Holding Secured Claims

Subtotal $   _8,700.00_
(Total of this page)

Total $   _228,100.00_
(Use only on last page. Report total also on Summary of Schedules)

In re _Brian J. Appleby and Debra J. Appleby_ _____ / Debtor     Case No._____

(if known)

# SCHEDULE E-CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name and mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Repeat this total also on the Summary of Schedules.

☒ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**     (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4,925* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(3).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $4,925* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐ **Deposits by individuals**
Claims of individuals up to $2,225* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6).

☐ **Alimony, Maintenance or Support**
Claims of a spouse, former spouse, or child of the debtor, for alimony, maintenance, or support, to the extent provided in 11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, custom duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

*Amounts are subject to adjustment on April 1, 2007, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

No continuation sheets attached

FORM B6F (12/03) West Group, Rochester, NY

In re _Brian J. Appleby and Debra J. Appleby_ _____ / Debtor     Case No. _____
(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, if any, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedules. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| Creditor's Name and Mailing Address including Zip Code | Codebtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| | | H--Husband W--Wife J--Joint C--Community | | | | |
| Account No: _10-7_ <br> Creditor # : 1 <br> Advocate Good Samaritan Hospit <br> 3815 Highland Ave <br> Downers Grove IL 60515. | J | Medical Bills | | | | $ 403.00 |
| Account No: _9652_ <br> Creditor # : 2 <br> Alexian Brothers Medical Centr <br> 22589 Network Place <br> Lock Box 22589 <br> Chicago IL 60673-0173 | J | Medical Bills | | | | $ 260.00 |
| Account No: _2-02_ <br> Creditor # : 3 <br> Allstate Insurance Co | J | Auto Accident Claim | | | | $ 2,550.00 |
| Account No: _2-02_ <br> Representing: <br> Allstate Insurance Co | | Credit Collection Services <br> P.O. Box 55156 <br> Payment Processing Center <br> Boston MA 02205-5156 | | | | |

_8_ continuation sheets attached

| | |
|---|---|
| Subtotal $ (Total of this page) | 3,213.00 |
| Total $ (Report total also on Summary of Schedules) | |

FORM B6F (12/03) West Group, Rochester, NY

In re _Brian J. Appleby and Debra J. Appleby_____ / Debtor     Case No._____

(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | Codebtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: **5865**<br>**Creditor # : 4**<br>**Associated Pathol. Cons.-Elmhu**<br>**P.O. Box 3680**<br>**Peoria IL 61612** | J | **07-090-03**<br>**Medical Bills** | | | | $ 440.00 |
| Account No: **1498**<br>**Creditor # : 5**<br>**Behavioral Healthcare Assoc**<br>**1375 E. Schaumburg Rd., #260**<br>**Schaumburg IL 60194** | J | **02-02-05**<br>**Medical Bills** | | | | $ 64.00 |
| Account No: **5870**<br>**Creditor # : 6**<br>**Capital One Services**<br>**PO Box 85617**<br>**Richmond VA 23276-0001** | W | **05-09-04**<br>**Credit Card Purchases** | | | | $ 870.00 |
| Account No: **5870**<br>**Representing:**<br>**Capital One Services** | | **NCO Financial Systems Inc.**<br>**1804 Washington Blvd**<br>**Mailstop 450, Dept 03**<br>**Baltimore MD 21230** | | | | |
| Account No: **0595**<br>**Creditor # : 7**<br>**Cary Bortnick, M.D., Ltd.**<br>**303 East Army Trail Rd.**<br>**Ste 100**<br>**Bloomingdale IL 60108** | J | **05-01-04**<br>**Medical Bills** | | | | $ 133.00 |
| Account No: **8906**<br>**Creditor # : 8**<br>**Charter One Bank**<br>**PO Box 1206**<br>**Oaks PA 19456-1206** | J | **08-03-04**<br>**Overdraft Checking Account** | | | | $ 760.00 |

H--Husband
W--Wife
J--Joint
C--Community

Sheet No. _1_ of _8_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $ (Total of this page)     2,267.00

Total $
(Report total also on Summary of Schedules)

FORM B6F (12/03) West Group, Rochester, NY

In re _Brian J. Appleby and Debra J. Appleby_____ / Debtor     Case No._____

(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | C o d e b t o r | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | H--Husband W--Wife J--Joint C--Community | C o n t i n g e n t | U n l i q u i d a t e d | D i s p u t e d | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   *8951*<br>*Creditor # : 9*<br>*Citibank*<br>*The Lakes NV 88901-6413* | *W* | *02-28-05*<br>*Credit Card Purchases* | | | | | *$ 1,550.00* |
| Account No:   *8951*<br>*Representing:*<br>*Citibank* | | *Asset Acceptance LLC*<br>*P.O. Box 2036*<br>*Warren MI 48090-2036* | | | | | |
| Account No:   *6-00*<br>*Creditor # : 10*<br>*Clinical Associates*<br>*150 N. River Rd., Ste 300*<br>*Des Plaines IL 60016* | *J* | *07-26-04*<br>*Medical Bills* | | | | | *$ 162.00* |
| Account No:   *9428*<br>*Creditor # : 11*<br>*Comcast*<br>*PO Box 173885*<br>*Denver CO 80217-3885* | *J* | *Cable TV* | | | | | *$ 23.00* |
| Account No:   *0000*<br>*Creditor # : 12*<br>*Country Insur. & Financial Ser*<br>*1701 Towanda Ave.*<br>*P.O. Box 2100*<br>*Bloomington IL 61702-2100* | *J* | *04-16-04*<br>*Insurance claim* | | | | | *$ 72.00* |
| Account No:   *0000*<br>*Representing:*<br>*Country Insur. & Financial Ser* | | *John P. Schwulst & Associates*<br>*200 West Front Str., Ste 500A*<br>*P.O. Box 3215*<br>*Bloomington IL 61702-3215* | | | | | |

Sheet No.  _2_ of  _8_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $   *1,807.00*
(Total of this page)

Total $
(Report total also on Summary of Schedules)

FORM B6F (12/03) West Group, Rochester, NY

In re _Brian J. Appleby and Debra J. Appleby_____ / Debtor   Case No._____

(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | Codebtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: 9931 Creditor # : 13 *Des Plaines Radiologists* *1455 Golf Rd., Ste 212* *Des Plaines IL 60016* | J | *-01-30-04* *Medical Bills* | | | | | $ 265.00 |
| Account No: 0681 Creditor # : 14 *Dupage Radiologists* *P.O. Box 70* *Hinsdale IL 60522* | J | *11-08-04* *Medical Bills* | | | | | $ 32.00 |
| Account No: 5491 Creditor # : 15 *Dupage Valley Anesthesiologist* *185 Penny Av* *East Dundee IL* | J | *12-16-04* *Medical Bills* | | | | | $ 450.00 |
| Account No: 7968 Creditor # : 16 *Edward Hospital* *P.O. Box 4207* *Carol Stream IL 60197.* | J | *07-16-04* *Medical Bills* | | | | | $ 4,275.00 |
| Account No: Creditor # : 17 *Elhurst Radiologists, S.C.* | J | *02-09-04* *Medical Bills* | | | | | $ 391.00 |
| Account No: Representing: *Elhurst Radiologists, S.C.* | | *Northwest Collectors Inc.* *3601 Algonquin Rd., Ste. 500* *Rolling Meadows IL 60008* | | | | | |

Sheet No. __3__ of __8__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $                5,413.00
(Total of this page)

Total $
(Report total also on Summary of Schedules)

FORM B6F (12/03) West Group, Rochester, NY

In re  **Brian J. Appleby and Debra J. Appleby**_____ / Debtor     Case No._____

(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | C o d e b t o r | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | | c o n t i n g e n t | u n l i q u i d a t e d | D i s p u t e d | Amount of Claim |
|---|---|---|---|---|---|---|---|
| | | H--Husband W--Wife J--Joint C--Community | | | | | |
| Account No:   5198 | J | 09-23-03 | | | | | $ 573.00 |
| Creditor # : 18 Elmhurst Emergency Med P.O. Box 92016 Chicago IL 60675. | | Medical Bills | | | | | |
| Account No:   2603 | J | 08-29-03 | | | | | $ 2,223.00 |
| Creditor # : 19 Elmhurst Memorial Hospital P.O. Box 92348 Chicago IL 606075 | | Medical Bills | | | | | |
| Account No:   2952 | W | 05-12-04 | | | | | $ 600.00 |
| Creditor # : 20 Fleet Crdit Card Service PO Box 15368 Wilmington DE 19886-5363 | | Credit Card Purchases | | | | | |
| Account No:   9931 | J | 02-12-04 | | | | | $ 650.00 |
| Creditor # : 21 Holy Family Med. Centr 135 S. LaSalle Dept 2097 Chicago IL 60674. | | Medical Bills | | | | | |
| Account No:   6281 | J | 11-19-04 | | | | | $ 193.00 |
| Creditor # : 22 Illinois Bone & Joint Institut 135 S. LaSallle  Dpt 1052 Chicago IL 60674. | | Medical Bills | | | | | |
| Account No:   2272 | W | 08-01-04 | | | | | $ 48.00 |
| Creditor # : 23 Learningn Adventures P.O. Box 9038 Buffalo Grove NY 14269-9038 | | | | | | | |

Sheet No.  **4** of  **8** continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $     4,287.00
(Total of this page)
Total $
(Report total also on Summary of Schedules)

FORM B6F (12/03) West Group, Rochester, NY

In re _Brian J. Appleby and Debra J. Appleby_____ / Debtor     Case No._____

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | Codebtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: **6442**<br>Creditor # : 24<br>M & M Orthopedics<br>4115 Fairview Ave<br>Downers Grove IL  60554 | J | 11-09-04<br>Medical Bills | | | | $ 2,011.00 |
| Account No: **1214**<br>Creditor # : 25<br>MCI Worldcom<br>PO Box 17890<br>Denver CO 80217-0890 | J | Utility Bills | | | | $ 50.00 |
| Account No: **1214**<br>Representing:<br>MCI Worldcom | | Allied Interstate, Inc.<br>P.O. Box 361685<br>Columbus OH 43236 | | | | |
| Account No: **4358**<br>Creditor # : 26<br>MEA-AEA LLC<br>900 Oakmont Ln.<br>Westmont IL 60559. | J | 01-23-04<br>Medical Bills | | | | $ 534.00 |
| Account No: **5143**<br>Creditor # : 27<br>Naperville Radiologists<br>PO Box 70<br>Hinsdale IL 60521 | J | 11-22-04<br>Medical Bills | | | | $ 42.00 |
| Account No: **2310**<br>Creditor # : 28<br>Northwest Diagnostic Services<br>641 E Butterfield Rd<br>Ste 407<br>Lombard IL 60148 | J | 01-26-04<br>Medical Bills | | | | $ 70.00 |

Sheet No. **5** of **8** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal $ 2,707.00
(Total of this page)
Total $
(Report total also on Summary of Schedules)

FORM B6F (12/03) West Group, Rochester, NY

In re **Brian J. Appleby and Debra J. Appleby** _____ / Debtor    Case No._____

(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | Codebtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:  6599 <br> Creditor # : 29 <br> Oak Brook Surgical Centre, Inc <br> P.O. Box 4777, Dept. Y <br> Carol Stream IL 60197. | J | 10-08-03 <br> Medical Bills | | | | $ 1,500.00 |
| Account No:  0515 <br> Creditor # : 30 <br> Radiology Imaging Consultants <br> P.O. Box 1886 <br> Harvey IL 60426 | J | 06-10-03 <br> Medical Bills | | | | $ 81.00 |
| Account No:  4698 <br> Creditor # : 31 <br> Richard V. Dirkes, MD <br> 10540 Cermak Rd <br> Westchester IL 60154 | J | 11-18-04 <br> Medical Bills | | | | $ 233.00 |
| Account No:  1000 <br> Creditor # : 32 <br> Sage Telecom <br> P.O. Box 79051 <br> Phoenix AZ 85062-9051 | J | 11-22-04 <br> Phone Bill | | | | $ 100.00 |
| Account No:  1468 <br> Creditor # : 33 <br> Schiller Park Med. Clinic, LLC <br> 9651 W. Irving Park Rd. <br> Schiller Park IL 60176 | J | 06-15-04 <br> Medical Bills | | | | $ 120.00 |
| Account No:  4123 <br> Creditor # : 34 <br> Scott A Zimmerman, Ltd. | J | 05-10-04 <br> Medical Bills | | | | $ 535.00 |

Sheet No.  6  of  8  continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $   2,569.00
(Total of this page)

Total $
(Report total also on Summary of Schedules)

FORM B6F (12/03) West Group, Rochester, NY

In re **Brian J. Appleby and Debra J. Appleby** _____ / Debtor    Case No. _____

(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | Codebtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: **4123**<br><br>*Representing:*<br>*Scott A Zimmerman, Ltd.* | | *Certified Services, Inc.*<br>*P.O. Box 177*<br>*Waugekan IL 60079-0177* | | | | |
| Account No:<br><br>Creditor # : 35<br>Secretary of State<br>Safety Responsibility<br>2300 S. Dirksen Pkwy.-Suite300<br>Springfield IL 62764 | J | *Notice Purpose Only* | | | | $ 0.00 |
| Account No: **BA02**<br><br>Creditor # : 36<br>Slobodan D. Vucicevic, MD<br>3501 S. Harlem Av<br>Berwyn IL 60402 | J | 12-27-04<br>*Medical Bills* | | | | $ 285.00 |
| Account No: **9843**<br><br>Creditor # : 37<br>St. Alexius Medical Centr<br>21219 Network Place<br>Chicago IL 60673-0173 | J | *Medical Bills* | | | | $ 200.00 |
| Account No: **2371**<br><br>Creditor # : 38<br>Superio Air Ground Amb Serv<br>P.O. Box 1407<br>Elmhurst IL  60126 | J | 04-28-04<br>*Medical Bills* | | | | $ 80.00 |
| Account No: **5/38**<br><br>Creditor # : 39<br>TCF National Bank IL | J | *Bank Account* | | | | $ 725.00 |

Sheet No.    7   of    8   continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $      1,290.00
(Total of this page)

Total $
(Report total also on Summary of Schedules)

FORM B6F (12/03) West Group, Rochester, NY

In re _Brian J. Appleby and Debra J. Appleby_____ / Debtor     Case No._____

(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | C o d e b t o r | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | c o n t i n g e n t | u n l i q u i d a t e d | D i s p u t e d | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: 5/38<br><br>*Representing:*<br>*TCF National Bank IL* | | *ACC International*<br>*919 Estes Ct.*<br>*Schaumburg IL 60193-4427* | | | | |
| Account No: 8052<br>*Creditor # : 40*<br>*UNIVERSITY PATHOLOGISTS, PC*<br>*5620 Southwyck Blvd*<br>*ToLEDO OH 43614* | J | *05-24-04*<br>*Medical Bills* | | | | $ 10.00 |
| Account No: 0040<br>*Creditor # : 41*<br>*Village of Hoffman Estates*<br>*P.O. Box 457, Dept. 2H*<br>*Wheeling IL  60090* | J | *1-04-04*<br>*Medical Bills* | | | | $ 150.00 |
| Account No: 2798<br>*Creditor # : 42*<br>*William Schaefer, PHD*<br>*484 Lee St.*<br>*Des Plaines IL 60016* | J | *05-03-04*<br>*Medical Bills* | | | | $ 25.00 |
| Account No: | | | | | | |
| Account No: | | | | | | |

Sheet No. _8_ of _8_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| **Subtotal $**<br>(Total of this page) | 185.00 |
| **Total $**<br>(Report total also on Summary of Schedules) | 23,738.00 |

In re _Brian J. Appleby and Debra J. Appleby_ _____ / Debtor        Case No. _____
                                                                                          (if known)

# SCHEDULE G-EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests.
State nature of debtor's interests in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease.
Provide the names and complete mailing addresses of all other parties to each lease or contract described.

NOTE: A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate schedule of
     creditors.

☒ Check this box if the debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, including Zip Code, of other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether Lease is for Nonresidential Real Property. State Contract Number of any Government Contract. |
|---|---|
|  |  |

In re *Brian J. Appleby and Debra J. Appleby* _____ / Debtor    Case No. _____
                                                                                                    (if known)

# SCHEDULE H-CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule. Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case.

☐ Check this box if the debtor has no codebtors.

| Name and Address of Codebtor | Name and Address of Creditor |
| --- | --- |
| *Angela Brennan* | *GMAC*<br>*c/o Cybak & Associates*<br>*33 N LaSalle St #1930*<br>*Chicago IL  60602* |

FORM B6I (12/03) West Group, Rochester, NY

In re **Brian J. Appleby and Debra J. Appleby** _____ / Debtor    Case No. _____

(if known)

# SCHEDULE I-CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP  **child** | AGE  **6** |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **unemployed** | **Cashier** |
| Name of Employer | **.** | **White Hen Pantry** |
| How Long Employed | **.** | **8 months** |
| Address of Employer | **.**  **. IL .** | **610 N. Addison Rd.**  **Villa Park IL  60185** |

| Income: (Estimate of average monthly income) | DEBTOR | SPOUSE |
|---|---|---|
| Current Monthly gross wages, salary, and commissions (pro rate if not paid monthly) | $ *0.00* | $ *1,516.67* |
| Estimated Monthly Overtime | $ *0.00* | $ *0.00* |
| SUBTOTAL | $ *0.00* | $ *1,516.67* |
| LESS PAYROLL DEDUCTIONS | | |
| a. Payroll Taxes and Social Security | $ *0.00* | $ *216.67* |
| b. Insurance | $ *0.00* | $ *0.00* |
| c. Union Dues | $ *0.00* | $ *0.00* |
| d. Other  (Specify): | $ *0.00* | $ *0.00* |
| SUBTOTAL OF PAYROLL DEDUCTIONS | $ *0.00* | $ *216.67* |
| TOTAL NET MONTHLY TAKE HOME PAY | $ *0.00* | $ *1,300.00* |
| Regular income from operation of business or profession or farm (attach detailed statement) | $ *0.00* | $ *0.00* |
| Income from Real Property | $ *0.00* | $ *0.00* |
| Interest and dividends | $ *0.00* | $ *0.00* |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ *0.00* | $ *0.00* |
| Social Security or other government assistance  Specify: | $ *0.00* | $ *0.00* |
| Pension or retirement income | $ *0.00* | $ *0.00* |
| Other monthly income  Specify:  **unemployment compensation** | $ *1,974.00* | $ *0.00* |
| TOTAL MONTHLY INCOME | $ *1,974.00* | $ *1,300.00* |
| TOTAL COMBINED MONTHLY INCOME  $ *3,274.00*  (Report also on Summary of Schedules) | | |

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:

FORM B6J (6/90) West Group, Rochester, NY

In re _Brian J. Appleby and Debra J. Appleby_ _____ / Debtor          Case No. _____

                                                                                              (if known)

# SCHEDULE J-CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR

Complete this schedule by estimating the average expenses of the debtor and the debtor's family. Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---:|
| Rent or home mortgage payment (include lot rented for mobile home) | $    1,503.00 |
| Are real estate taxes included?        Yes ☐    No ☒ | |
| Is property insurance included?        Yes ☐    No ☒ | |
| Utilities: Electricity and heating fuel | $    175.00 |
| Water and sewer | $    45.00 |
| Telephone | $    98.00 |
| Other | $    0.00 |
| Other | $    0.00 |
| Other | $    0.00 |
| Home maintenance (Repairs and upkeep) | $    0.00 |
| Food | $    300.00 |
| Clothing | $    35.00 |
| Laundry and dry cleaning | $    15.00 |
| Medical and dental expenses | $    23.00 |
| Transportation (not including car payments) | $    150.00 |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | $    20.00 |
| Charitable contributions | $    0.00 |
| Insurance (not deducted from wages or included in home mortgage payments) | |
| Homeowner's or renter's | $    0.00 |
| Life | $    0.00 |
| Health | $    0.00 |
| Auto | $    45.00 |
| Other | $    0.00 |
| Other | $    0.00 |
| Other | $    0.00 |
| Taxes (not deducted from wages or included in home mortgage) | |
| Specify:    _Real estate taxes_ | $    300.00 |
| Installment payments: (in chapter 12 and 13 cases, do not list payments to be included in the plan) | |
| Auto | $    0.00 |
| Other:    _real estate tax arrears_ | $    200.00 |
| Other: | $    0.00 |
| Other: | $    0.00 |
| Alimony, maintenance, and support paid to others | $    0.00 |
| Payments for support of additional dependents not living at your home | $    0.00 |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | $    0.00 |
| Other: | $    0.00 |
| Other: | $    0.00 |
| Other: | $    0.00 |
| TOTAL MONTHLY EXPENSES    (Report also on Summary of Schedules) | $    2,909.00 |

(FOR CHAPTER 12 AND 13 DEBTORS ONLY)

Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval.

| | |
|---|---:|
| A. Total projected monthly income | $    3,274.00 |
| B. Total projected monthly expenses | $    2,909.00 |
| C. Excess Income (A minus B) | $    365.00 |
| D. Total amount to be paid into plan each:    _Weekly_ | $    84.23 |

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re *Brian J. Appleby and Debra J. Appleby*

Case No.

Chapter **13**

_____ / Debtor

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages on each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts from Schedules D, E and F to determine the total amount of the debtor's liabilities.

| NAME OF SCHEDULE | Attached (Yes/No) | No. of Sheets | AMOUNTS SCHEDULED | | |
| --- | --- | --- | --- | --- | --- |
| | | | ASSETS | LIABILITIES | OTHER |
| A-Real Property | *Yes* | *1* | $    225,000.00 | | |
| B-Personal Property | *Yes* | *3* | $     16,100.00 | | |
| C-Property Claimed as Exempt | *Yes* | *1* | | | |
| D-Creditors Holding Secured Claims | *Yes* | *2* | | $    228,100.00 | |
| E-Creditors Holding Unsecured Priority Claims | *Yes* | *1* | | $          0.00 | |
| F-Creditors Holding Unsecured Nonpriority Claims | *Yes* | *9* | | $     23,738.00 | |
| G-Executory Contracts and Unexpired Leases | *Yes* | *1* | | | |
| H-Codebtors | *Yes* | *1* | | | |
| I-Current Income of Individual Debtor(s) | *Yes* | *1* | | | $      3,274.00 |
| J-Current Expenditures of Individual Debtor(s) | *Yes* | *1* | | | $      2,909.00 |
| Total Number of Sheets in All Schedules ▶ | | *21* | | | |
| Total Assets ▶ | | | $    241,100.00 | | |
| Total Liabilities ▶ | | | | $    251,838.00 | |

FORM B6 (6/90) West Group, Rochester, NY

In re **_Brian J. Appleby and Debra J. Appleby_**_____/ Debtor      Case No. _____

(if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY AN INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___22___ sheets, and that they are true and correct to the best of my knowledge, information and belief.

Date: _____        Signature _/s/ Brian J. Appleby_____
                                          Brian J. Appleby

Date: _____        Signature _/s/ Debra J. Appleby_____
                                          Debra J. Appleby

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re *Brian J. Appleby*
   *and*
   *Debra J. Appleby*
   *aka Debra J. Moore*

Case No.
Chapter  *13*

_____ / Debtor

### STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.

Questions 1-18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19-25. If the answer to any question is "None," or the question is not applicable, mark the box labeled "None." If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

"In business." A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed.

"Insider." The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporation debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. §101.

### 1. Income from employment or operation of business.

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

 AMOUNT                          SOURCE (if more than one)

*Year to date:*
  *Last Year: $36,000*
*Jointly*
*Year before: $68,000 Jointly*

### 2. Income other than from employment or operation of business.

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

### 3. Payments to creditors.

a. List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within 90 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

b. List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

### 4. Suits and administrative proceedings, executions, garnishments and attachments.

a. List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| *2004 CH 001370* | *Real Estate Mortgage Foreclosure* | *Circuit court of DuPage County* | |

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case.(Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

### 5. Repossessions, foreclosures and returns.

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case.(Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

### 6. Assignments and receiverships.

a. Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case.(Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case.(Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

### 7. Gifts.

List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient.(Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

Statement of Affairs - Page 2

**8. Losses.**

List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

---

**9. Payments related to debt counseling or bankruptcy.**

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| *Payee: Daniel J. Winter (WIN 5)*<br>*Address:*<br>*53 West Jackson Boulevard*<br>*Suite 725*<br>*Chicago, IL 60604* | *Date of Payment:*<br>*Payor: Brian J. Appleby* | *$506.00 plus filing fee* |

---

**10. Other transfers.**

List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within one year immediately preceding the commencement of this case.(Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

---

**11. Closed financial accounts.**

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |
| *Institution: Charter One*<br>*Address:* | *Account Type and No.:*<br>*Final Balance: $761 overdraft* | |

---

**12. Safe deposit boxes.**

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case.(Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

---

**13. Setoffs.**

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

---

**14. Property held for another person.**

List all property owned by another person that the debtor holds or controls.

☒ NONE

### 15. Prior address of debtor.

If the debtor has moved within the two years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address  of  either spouse.

☒ NONE

### 16. Spouses and Former Spouses

If the debtor resides or resided in a community property state, commonwealth or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the six-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

☒ NONE

### 17. Environmental Information

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, release of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to disposal sites.

"Hazardous Material" means anything defined as hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under and Environmental Law:

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

☒ NONE

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

☒ NONE

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law, with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

☒ NONE

### 18. Nature, location and name of business

a. If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within the six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencment of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the six years immediately preceding the commencment of this case.

☒ NONE

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

☒ NONE

**DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR**


I declare under penalty of Perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information, and belief.


Date _____   Signature */s/ Brian J. Appleby* _____
                                         *Brian J. Appleby*


Date _____   Signature */s/ Debra J. Appleby* _____
                                         *Debra J. Appleby*

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both, 18 U.S.C. § 152 and § 3571.

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re   *Brian J. Appleby*                                    Case No.
            *and*                                              Chapter *13*
        *Debra J. Appleby*
        *aka Debra J. Moore*

_____ / Debtor

Attorney for Debtor:   *Daniel J. Winter (WIN 5)*

# STATEMENT PURSUANT TO RULE 2016(B)

The undersigned, pursuant to Rule 2016(b), Bankruptcy Rules, states that:

1.  The undersigned is the attorney for the debtor(s) in this case.

2.  The compensation paid or agreed to be paid by the debtor(s), to the undersigned is:
    a)  For legal services rendered or to be rendered in contemplation of and in
        connection with this case . . . . . . . . . . . . . . . . . . . . . . . $   *2,200.00*
    b)  Prior to the filing of this statement, debtor(s) have paid . . . . . . . . . . . . . . $   *506.00*
    c)  The unpaid balance due and payable is . . . . . . . . . . . . . . . . . . . . . . . . . $   *1,694.00*

3.  $   *194.00*   of the filing fee in this case has been paid.

4.  The Services rendered or to be rendered include the following:
    a)  Analysis of the financial situation, and rendering advice and assistance to the debtor(s) in determining whether to
        file a petition under title 11 of the United States Code.
    b)  Preparation and filing of the petition, schedules, statement of financial affairs and other documents required by the
        court.
    c)  Representation of the debtor(s) at the meeting of creditors.

5.  The source of payments made by the debtor(s) to the undersigned was from earnings, wages and compensation for
    services performed, and
        *None other*

6.  The source of payments to be made by the debtor(s) to the undersigned for the unpaid balance remaining, if any, will
    be from earnings, wages and compensation for services performed, and
        *None other*

7.  The undersigned has received no transfer, assignment or pledge of property from debtor(s) except the following for
    the value stated:
        *None*

8.  The undersigned has not shared or agreed to share with any other entity, other than with members of undersigned's
    law firm, any compensation paid or to be paid except as follows:
        *None*

Dated:                              Respectfully submitted,


                        X */s/ Daniel J. Winter (WIN 5)*
                        _____
Attorney for Petitioner: *Daniel J. Winter (WIN 5)*
                        *Law Offices of Daniel J. Winter*
                        *53 West Jackson Boulevard*
                        *Suite 725*
                        *Chicago IL  60604*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re *Brian J. Appleby*
        *and*
        *Debra J. Appleby*
        *aka Debra J. Moore*

_____ / Debtor

Attorney for Debtor:   *Daniel J. Winter (WIN 5)*

Case No.
Chapter  *13*

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor(s) hereby verify that the attached list of creditors is true and correct to the

best of our knowledge.

Date: _____

*/s/ Brian J. Appleby* _____
Debtor

*/s/ Debra J. Appleby* _____
Joint Debtor

ACC International
919 Estes Ct.
Schaumburg, IL  60193-4427

Behavioral Healthcare Assoc
1375 E. Schaumburg Rd., #260
Schaumburg, IL  60194

Des Plaines Radiologists
1455 Golf Rd., Ste 212
Des Plaines, IL  60016

Advocate Good Samaritan Hospit
3815 Highland Ave
Downers Grove, IL  60515.

Capital One Services
PO Box 85617
Richmond, VA  23276-0001

Dupage County Clerk
421 N County Farm RD
PO Box 1028
Wheaton, IL  60189.

Alexian Brothers Medical Centr
22589 Network Place
Lock Box 22589
Chicago, IL  60673-0173

Cary Bortnick, M.D., Ltd.
303 East Army Trail Rd.
Ste 100
Bloomingdale, IL  60108

Dupage Radiologists
P.O. Box 70
Hinsdale, IL  60522

Allstate Insurance Co

Certified Services, Inc.
P.O. Box 177
Waugekan, IL  60079-0177

Dupage Valley Anesthesiologist
185 Penny Av
East Dundee, IL

Ameriquest Mortgage
c/o Pierce & Associates
1 N. Dearborn-ste.1300
Chicago, IL  60602

Charter One Bank
PO Box 1206
Oaks, PA  19456-1206

Edward Hospital
P.O. Box 4207
Carol Stream, IL  60197.

Angela Brennan

Citibank
The Lakes, NV  88901-6413

Elhurst Radiologists, S.C.

Brian J. Appleby
Debra J. Appleby
707 E Sunset
Lombard, IL  60148

Clinical Associates
150 N. River Rd., Ste 300
Des Plaines, IL  60016

Elmhurst Emergency Med
P.O. Box 92016
Chicago, IL  60675.

Asset Acceptance LLC
P.O. Box 2036
Warren, MI  48090-2036

Comcast
PO Box 173885
Denver, CO  80217-3885

Elmhurst Memorial Hospital
P.O. Box 92348
Chicago, IL  606075

Associated Pathol. Cons.-Elmhu
P.O. Box 3680
Peoria, IL  61612

Country Insur. & Financial Ser
1701 Towanda Ave.
P.O. Box 2100
Bloomington, IL  61702-2100

Fleet Crdit Card Service
PO Box 15368
Wilmington, DE  19886-5363

John P. Schwulst & Associates
200 West Front Str., Ste 500A
P.O. Box 3215
Bloomington, IL  61702-3215

Credit Collection Services
P.O. Box 55156
Payment Processing Center
Boston, MA  02205-5156

GMAC
c/o Cybak & Associates
33 N LaSalle St #1930
Chicago, IL  60602

Holy Family Med. Centr
135 S. LaSalle
Dept 2097
Chicago, IL  60674.

Northwest Diagnostic Services
641 E Butterfield Rd
Ste 407
Lombard, IL  60148

Superio Air Ground Amb Serv
P.O. Box 1407
Elmhurst, IL  60126

Illinois Bone & Joint Institut
135 S. LaSallle  Dpt 1052
Chicago, IL  60674.

Oak Brook Surgical Centre, Inc
P.O. Box 4777, Dept. Y
Carol Stream, IL  60197.

TCF National Bank IL

Learningn Adventures
P.O. Box 9038
Buffalo Grove, NY  14269-9038

Radiology Imaging Consultants
P.O. Box 1886
Harvey, IL  60426

UNIVERSITY PATHOLOGISTS, P
5620 Southwyck Blvd
ToLEDO, OH  43614

M & M Orthopedics
4115 Fairview Ave
Downers Grove, IL   60554

Richard V. Dirkes, MD
10540 Cermak Rd
Westchester, IL  60154

Village of Hoffman Estates
P.O. Box 457, Dept. 2H
Wheeling, IL  60090

Allied Interstate, Inc.
P.O. Box 361685
Columbus, OH  43236

Sage Telecom
P.O. Box 79051
Phoenix, AZ  85062-9051

WFS Financial
PO Box 25341
Santa Ana, CA  92799-5341

MCI Worldcom
PO Box 17890
Denver, CO  80217-0890

Schiller Park Med. Clinic, LLC
9651 W. Irving Park Rd.
Schiller Park, IL  60176

William Schaefer, PHD
484 Lee St.
Des Plaines, IL  60016

MEA-AEA LLC
900 Oakmont Ln.
Westmont, IL  60559.

Scott A Zimmerman, Ltd.

Naperville Radiologists
PO Box 70
Hinsdale, IL  60521

Secretary of State
Safety Responsibility
2300 S. Dirksen Pkwy.-Suite300
Springfield, IL  62764

NCO Financial Systems Inc.
1804 Washington Blvd
Mailstop 450, Dept 03
Baltimore, MD  21230

Slobodan D. Vucicevic, MD
3501 S. Harlem Av
Berwyn, IL  60402

Northwest Collectors Inc.
3601 Algonquin Rd., Ste. 500
Rolling Meadows, IL  60008

St. Alexius Medical Centr
21219 Network Place
Chicago, IL  60673-0173

Form B 201 (11/03) West Group, Rochester, NY

# UNITED STATES BANKRUPTCY COURT
## NOTICE TO INDIVIDUAL CONSUMER DEBTOR

The purpose of this notice is to acquaint you with the four chapters of the federal Bankruptcy Code under which you may file a bankruptcy petition. The bankruptcy law is complicated and not easily described. Therefore, you should seek the advice of an attorney to learn of your rights and responsibilities under the law should you decide to file a petition with the court. Court employees are prohibited from giving you legal advice.

## Chapter 7: Liquidation ($155 filing fee plus $39 administrative fee plus $15 trustee surcharge)

1.    Chapter 7 is designed for debtors in financial  difficulty who do not have the ability to pay their existing debts.

2.    Under chapter 7 a trustee takes possession of all your property. You may claim certain of your property as exempt under governing law. The trustee then liquidates the property and uses the proceeds to pay your creditors according to priorities of the Bankruptcy Code.

3.    The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, your discharge may be denied by the court, and the purpose for which you filed the bankruptcy petition will be defeated.

4.    Even if you receive a discharge, there are some debts that are not discharged under the law. Therefore, you may still be responsible for such debts as certain taxes and student loans, alimony and support payments, criminal restitution, and debts for death or personal injury caused by driving while intoxicated from alcohol or drugs.

5.    Under certain circumstances you may keep property that you have purchased subject to valid security interest.
Your attorney can expain the options that are available to you.

## Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($155 filing fee plus $39 administrative fee)

1.    Chapter 13 is designed for individuals with regular income who are temporarily unable to pay their debts but would like to pay them in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

2.    Under chapter 13 you must file a plan with the court to repay your creditors all or part of the money that you owe them, using your future earnings. Usually, the period allowed by the court to repay your debts is three years, but no more than five years. Your plan must be approved by the court before it can take effect.

3.    Under chapter 13, unlike chapter 7, you may keep all your property, both exempt and non-exempt, as long as you continue to make payments under the plan.

4.    After completion of payments under the plan, your debts are discharged except alimony and support payments, student loans, certain debts including criminal fines and restitution and debts for death or personal injury caused by driving while intoxicated from alcohol or drugs, and long term secured obligations.

## Chapter 11: Reorganization ($800 filing fee plus $39 administrative fee)

Chapter 11 is designed primarily for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

## Chapter 12: Family farmer ($200 filing fee plus $39 administrative fee)

Chapter 12 is designed to permit family farmers to repay their debts over a period of time from future earnings and is in many ways similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm.

I, the debtor, affirm that I have read this notice.

| | | |
|---|---|---|
| _____ | */s/Brian J. Appleby* | _____ |
| Date | Signature of Debtor | Case Number |
| _____ | */s/Debra J. Appleby* | |
| Date | Signature of Joint Debtor | |

DEBTOR COPY        COURT COPY
(circle one)