```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 18606
    BRIAN J APPLEBY
    DEBRA J APPLEBY                             CHAPTER 13

                                                JUDGE: JOHN H SQUIRES

        Debtor
    SSN XXX-XX-0453    SSN XXX-XX-0801


-----------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------

    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 05/13/05 and confirmed on 08/05/05.

    2.  The plan is paid in full.

    3.  The Debtor paid a total of $  27600.00 .

    4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---:|---:|---:|
| CITI RESIDENTIAL LENDING | CURRENT MORTG | .00 | .00 | .00 |
| CITI RESIDENTIAL LENDING | MORTGAGE ARRE | 17963.45 | .00 | 17963.45 |
| DUPAGE COUNTY CLERK | SECURED | .00 | .00 | .00 |
| GMAC PAYMENT CENTER | SECURED | .00 | .00 | .00 |
| WACHOVIA DEALER SERVICES | SECURED | 3600.00 | 353.86 | 3600.00 |
| ADVOCATE HEALTHCARE | UNSECURED | NOT FILED | .00 | .00 |
| ALEXIAN BROTHERS MEDICAL | UNSECURED | NOT FILED | .00 | .00 |
| ALLSTATE INSURANCE | UNSECURED | NOT FILED | .00 | .00 |
| ASSOCIATED PATHOLOGY CON | UNSECURED | NOT FILED | .00 | .00 |
| BEHAVORIAL HEALTHCARE AS | UNSECURED | 63.90 | .00 | 6.39 |
| CAPITAL ONE BANK | UNSECURED | 846.49 | .00 | 84.65 |
| CARY BORTNIK MD | UNSECURED | NOT FILED | .00 | .00 |
| CHARTER ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| ASSET ACCEPTANCE CORP | UNSECURED | 1578.37 | .00 | 157.84 |
| CLINICAL ASSOCIATES | UNSECURED | NOT FILED | .00 | .00 |
| COMCAST | UNSECURED | NOT FILED | .00 | .00 |
| COUNTRY COMPANIES INSURA | UNSECURED | NOT FILED | .00 | .00 |
| DES PLAINES RADIOLOGISTS | UNSECURED | NOT FILED | .00 | .00 |
| DUPAGE RADIOLOGISTS | UNSECURED | NOT FILED | .00 | .00 |
| DUPAGE VALLEY ANESTHESIO | UNSECURED | NOT FILED | .00 | .00 |
| EDWARDS HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| ELMHURST RADIOLOGISTS | UNSECURED | NOT FILED | .00 | .00 |
| ELMHURST EMERGENCY MED S | UNSECURED | NOT FILED | .00 | .00 |
| ELMHURST MEMORIAL HOSPIT | UNSECURED | NOT FILED | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 608.33 | .00 | 60.83 |
| HOLY FAMILY MEDICAL CENT | UNSECURED | NOT FILED | .00 | .00 |
| ILLINOIS BONE & JOINT CE | UNSECURED | NOT FILED | .00 | .00 |

```
BRIGHTER VISION LEARNING  UNSECURED     NOT FILED              .00           .00
M & M ORTHOPAEDICS        UNSECURED     NOT FILED              .00           .00
AFNI/VERIZON              UNSECURED     NOT FILED              .00           .00
MIDWEST EMERGENCY ASSOC   UNSECURED     NOT FILED              .00           .00
NAPERVILLE RADIOLOGISTS   UNSECURED     NOT FILED              .00           .00
NORTHWEST DIAGNOSTIC SER  UNSECURED     NOT FILED              .00           .00
OAK BROOK SURGICAL CENTR  UNSECURED     NOT FILED              .00           .00
RADIOLOGY IMAGING CONSUL  UNSECURED     NOT FILED              .00           .00
RICHARD V DIRKES MD       UNSECURED     NOT FILED              .00           .00
ASSET ACCEPTANCE CORP     UNSECURED        270.00              .00         27.00
SCHILLER PARK MEDICAL CE  UNSECURED     NOT FILED              .00           .00
SCOTT A ZIMMERMAN         UNSECURED        533.35              .00         53.34
SLOBODAN D VUCICEIC MD    UNSECURED     NOT FILED              .00           .00
ST ALEXIUS MEDICAL CENTE  UNSECURED        198.83              .00         19.88
SUPERIOR AIR GROUND AMBU  UNSECURED         81.34              .00          8.13
TCF NATIONAL BANK         UNSECURED     NOT FILED              .00           .00
UNIVERSITY PATHOLOGISTS   UNSECURED        219.70              .00         21.97
VILLAGE OF HOFFMAN ESTAT  UNSECURED     NOT FILED              .00           .00
WILLIAM SCHAEFER PHD      UNSECURED     NOT FILED              .00           .00
WACHOVIA DEALER SERVICES  UNSECURED       3701.73              .00        370.17
```

Summary of disbursements:

```
                    SECURED      PRIORITY    UNSECURED         OTHER         TOTAL

TOTAL CLMS ALLOWED  21563.45          .00      8102.04           .00      29665.49
PRINCIPAL PAID      21563.45          .00       810.20           .00      22373.65
INTEREST PAID         353.86          .00           .00          .00        353.86
TOTAL PAID          21917.31          .00       810.20           .00      22727.51
```

The Debtor's attorney, DANIEL J WINTER                 , was allowed $   4110.22
and was paid $    506.00  direct and $   3604.22  through the plan.

The Trustee received $   1170.91 .

Refunds to the Debtor totaled $      97.36 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


   Dated: 10/08/08                /S/
                                  GLENN STEARNS
                                  CHAPTER 13 TRUSTEE

```
                        PAGE   3
   CASE NO. 05 B 18606 BRIAN J APPLEBY & DEBRA J APPLEBY
```